UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSITE WIRELESS GROUP, LLC,<br><br>Plaintiff,<br>v.<br><br>STEVE LEMAY LLC, et al.,<br><br>Defendants. | CASE NO. C18-1430JLR<br><br>ORDER |

Before the court is the parties' joint status report and discovery plan ("JSR"). (JSR (Dkt. # 12).) In their JSR, the parties "propose that this case be stayed for six months." (*Id.* at 4.) The court does not consider motions that are incorporated into other documents. If the parties seek this relief, they should file an appropriate joint motion on

//

//

//

//

ORDER - 1

the court's docket. The motion and any supporting materials must demonstrate that a stay in this matter is appropriate under the governing law.

Dated this 6th day of March, 2019.

JAMES L. ROBART
United States District Judge